No. —, October Term, 1943. EX PARTE ALLEN DIXON. October 9, 1944. 322 U. S. 717.

No. —, October Term, 1943. PATTERSON v. SANFORD, WARDEN. October 9, 1944. 322 U. S. 708.

No. 33, October Term, 1943. NORTHWEST AIRLINES, INC. v. MINNESOTA. October 9, 1944. 322 U. S. 292.

No. 217, October Term, 1943. ADDISON ET AL. v. HOLLY HILL FRUIT PRODUCTS, INC. October 9, 1944. 322 U. S. 607.

No. 433, October Term, 1943. LYONS v. OKLAHOMA. October 9, 1944. 322 U. S. 596.

No. 497, October Term, 1943. MARIO MERCADO E HIJOS v. COMMINS ET AL. October 9, 1944. 322 U. S. 465.

No. 716, October Term, 1943. UNITED STATES v. SAYLOR ET AL. October 9, 1944. 322 U. S. 385.

No. 717, October Term, 1943. UNITED STATES v. POER ET AL. October 9, 1944. 322 U. S. 385.

No. 744, October Term, 1943. NELSON v. WEBB, SUPERINTENDENT. October 9, 1944. 321 U. S. 796.